■ ABRAHAM LEVINE, Respondent, v. HARRY MERMELSTEIN et al., Appellants.—Motion for leave to appeal to the Appellate Division denied, without costs. Motion for a stay dismissed, without costs, as academic. Present—Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

## (May 14, 1959)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM BENOIT, Appellant.—Motion referred to the court that rendered the decision. Present—Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. Motion to amend order denied. Present—Nolan, P. J., Wenzel, Hallinan and Kleinfeld, JJ.; Ughetta, J., not voting.

## (May 18, 1959)

■ JOHN F. BAUCHMANN, Respondent, v. HERBERT B. PEARSON, Appellant.—Motion for leave to appeal to the Court of Appeals denied. Present—Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ In the Matter of the Estate of ORVA M. O'NEIL, Deceased. JOHN A. SNYDER et al., Appellants; CHEMICAL CORN EXCHANGE BANK, as Executor of ORVA M. O'NEIL, Deceased, et al., Respondents.—Motion referred to the court that rendered the decision. Present—Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present—Nolan, P. J., Wenzel, Beldock and Murphy, JJ.; Ughetta, J., not voting.

■ In the Matter of WESTCHESTER JOINT WATER WORKS No. 1, Appellant, against LEON C. STOWELL, Respondent.—Motion to dismiss appeal granted on consent, without costs, and appeal dismissed. Present—Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ FRANCES MURPHY, Respondent, v. JOHN MURPHY, Appellant.—Motion to dismiss appeals granted on consent, without costs, and appeals dismissed. Present—Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ MILTON SCHINDLE, Appellant, v. OAK PARK HOMES, INC., Respondent, et al., Defendants.—Motion for leave to appeal to the Court of Appeals denied. Present—Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.